UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:    Case No. 19-19957-AJC
    Chapter 7

Jorge O Duenas
Rita A Duenas
Debtor(s).
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS

Counsel for the Debtors, Robert Sanchez, Esq., pursuant to Local Rule 2091-1 moves to withdraw as counsel for the Debtors, Jorge O Duenas and Rita A Duenas, and in support provides as follows:

1. The Debtors filed the instant Chapter 7 case on July 26, 2019.

2. The Debtors appeared at the meeting of creditors on August 27, 2019.

3. On October 10, 2019, the Debtors filed an Amended Schedules listing a second real estate property and Trustee conducted a Rule 2004 Examination of the Debtors.

4. On December 29, 2020, the Trustee filed his Motion for Preliminary Injunction Against the Debtors and George Andrews Duenas seeking to prevent the sale of the second property.

5. Irreconcilable differences have arisen between the Debtors and the Firm such that the Firm can no longer represent the Debtors in this case.

6. Accordingly, the undersigned requests this Court to enter an Order (a) authorizing withdrawal as counsel for the Debtors, and (b) instructing that all future communications and pleadings concerning this bankruptcy case be forwarded to the Debtors as follows:

Jorge O Duenas and Rita A Duenas<br>
2600 NW 28th Street #208,<br>
Miami, FL 33142-6579

7. Debtors have been sent a copy by Certified Mail of the instant motion and the implications thereunder.

8. Therefore, the undersigned requests that this Court allow the undersigned to withdraw as counsel for the Debtors and allow the Debtors time to retain other counsel.

WHEREFORE, it is respectfully requested that this Court enter an Order allowing the undersigned to withdraw as counsel for the Debtors in this bankruptcy procedure and absolving counsel of any and all further responsibility for representing the Debtors, and allow the Debtors additional time to retain new counsel.

## Certificate of Service

I HEREBY CERTIFY that a copy of this Motion to Withdraw as Counsel for Debtors was delivered by U.S. Mail on December 29, 2020 to Robert A Angueira, 16 SW 1st Avenue, Miami, FL 33130, and all creditors of record; and via **U.S. CERTIFIED MAIL** to Jorge O Duenas & Rita A Duenas at 2600 NW 28th Street #208, Miami, FL 33142-6579.

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161